**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 590**

In the Matter of                                    Case Number:

Black & Decker Inc. and Black & Decker (U.S.) Inc., Plaintiffs
v.
Royal Appliance Mfg. Co., d/b/a TTI Floor Care North America, and TechTronics Industries Co. Ltd., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Black & Decker Inc. and Black & Decker (U.S.) Inc.

**FILED**
JANUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Robert A. Conley | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ /s/Robert A. Conley | |
| FIRM | |
| Niro, Scavone, Haller & Niro | |
| STREET ADDRESS | |
| 181 West Madison, Suite 4600 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6282683 | (312) 236-0733 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |