JUDGE MANNING
MAGISTRATE JUDGE KEYS

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 590

In the Matter of                                    Case Number:

Black & Decker Inc. and Black & Decker (U.S.) Inc., Plaintiffs
v.
Royal Appliance Mfg. Co., d/b/a TTI Floor Care North
America, and TechTronics Industries Co. Ltd., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 Plaintiffs, Black & Decker Inc. and Black & Decker (U.S.) Inc.

FILED

JANUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Laura A. Kenneally |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ /s/Laura A. Kenneally |

| FIRM |
|---|
| Niro, Scavone, Haller & Niro |

| STREET ADDRESS |
|---|
| 181 West Madison, Suite 4600 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6289913 | (312) 236-0733 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐