**FILED**
**JANUARY 28, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 590**

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROYAL APPLIANCE MFG. CO., d/b/a TTI FLOOR CARE NORTH AMERICA, and TECHTRONIC INDUSTRIES CO. LTD., <br><br> Defendants. | Civil Action No. <br><br><br> **JUDGE MANNING** <br> **MAGISTRATE JUDGE KEYS** |

### PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1, Fed.R.Civ.P., Plaintiffs submit the following statement:

Black & Decker Inc. and Black & Decker (U.S.) Inc. are indirect, wholly owned subsidiaries of The Black & Decker Corporation. No other person or entity has a 10% or greater interest in any of the Black & Decker parties or their parent corporation.

Respectfully submitted,

　　　／s/ Raymond P. Niro, Jr.　　　
Raymond P. Niro, Jr.
Paul C. Gibbons
Robert A. Conley
Laura A. Kenneally
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Facsimile: (312) 236 3137
rnirojr@nshn.com; gibbons@nshn.com
conley@nshn.com; lkenneally@nshn.com

Attorneys for Black & Decker Inc. and Black & Decker (U.S.) Inc.