FILED
JANUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 590

JUDGE MANNING
MAGISTRATE JUDGE KEYS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC., <br><br>Plaintiffs, <br><br>v. <br><br>ROYAL APPLIANCE MFG. CO., d/b/a TTI FLOOR CARE NORTH AMERICA, and TECHTRONIC INDUSTRIES CO. LTD., <br><br>Defendants. | Civil Action No. |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENTS

Pursuant to Local Rule 3.4, Plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. § 290:

1. Name and address of Plaintiffs:

    a. Black & Decker Inc., 1207 Drummond Plaza, Newark, Delaware.

    b. Black & Decker (U.S.) Inc., 701 East Joppa Road, Towson, Maryland.

2. Name and address of Defendants:

    a. Royal Appliance Mfg. Co., d/b/a TTI Floor Care North America, 7005 Cochran Road, Glenwillow, Ohio.

    b. TechTronics Industries Co. Ltd., 24/F, CDW Building, 388 Castle Peak Road, Tsuen Wan, N.T. Hong Kong.

3. Name of inventor: Hemmann, et al.

4. Patent involved in litigation: U.S. Patent No. 5,388,303, entitled "Vacuum Cleaner With Extendable Hose And Brush Disengagement," issued on February 14, 1995.

Respectfully submitted,


　　　　/s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
Paul C. Gibbons
Robert A. Conley
Laura A. Kenneally
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Facsimile: (312) 236 3137
rnirojr@nshn.com; gibbons@nshn.com
conley@nshn.com; lkenneally@nshn.com

Attorneys for Black & Decker Inc. and Black & Decker (U.S.) Inc.

2