# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC.,<br><br>         Plaintiffs,<br><br>    v.<br><br>ROYAL APPLIANCE MFG. CO., d/b/a TTI FLOOR CARE NORTH AMERICA, and TECHTRONIC INDUSTRIES CO. LTD.,<br><br>         Defendants. | CASE NO.:   08-CV-590<br><br>Judge:   Blanche M. Manning<br>Magistrate Judge:   Arlander Keys |

## ROYAL APPLIANCE MFG. CO.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2

Pursuant to FED. R. CIV. P. 7.1 and United States District Court for the Northern District of Illinois Local Rule 3.2, Defendant Royal Appliance Mfg. Co. ("Royal") states that it is a wholly owned subsidiary of RAMC Holdings, Ltd., which is a wholly owned subsidiary of Techtronic Industries Co. Ltd. ("TTI").  TTI is publicly traded on the Hong Kong stock exchange.

Dated: February 6, 2008            Respectfully submitted,

                                    /s/ Manish K. Mehta
                                    Gary M. Ropski
                                    Robert S. Mallin
                                    Manish K. Mehta
                                    BRINKS HOFER GILSON & LIONE
                                    455 N. Cityfront Plaza Drive, Suite 3600
                                    Chicago, IL  60611
                                    Tel:  312-321-4200
                                    Fax:  312-321-4299

                                    Attorneys for Defendants.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing ROYAL APPLIANCE MFG. CO.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2 is being served on the 6th day of February 2008, to the following attorneys of record in the manner indicated.

Via filing with the Clerk of the Court using the Case Management/Electronic Case Filing ("CM/ECF") system:

>Raymond P. Niro, Jr.
>Paul C. Gibbons
>Robert A. Conley
>Laura A. Kenneally
>NIRO SCAVONE, HALLER & NIRO
>181 West Madison, Suite 4600
>Chicago, Illinois 60602-4515
>Tel:  312-236-0733
>Fax:  312-236-3137
>
>Attorneys for Plaintiffs
>
>/s/ Manish K. Mehta
>Manish K. Mehta
>BRINKS HOFER GILSON & LIONE