# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ROYAL APPLIANCE MFG. CO., d/b/a TTI FLOOR CARE NORTH AMERICA, and TECHTRONIC INDUSTRIES CO. LTD.,<br><br>          Defendants. | CASE NO.:   08-CV-590<br><br>Judge:   Blanche M. Manning<br>Magistrate Judge:   Arlander Keys |

## TECHTRONIC INDUSTRIES CO. LTD.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2

Pursuant to FED. R. CIV. P. 7.1 and United States District Court for the Northern District of Illinois Local Rule 3.2, Defendant Techtronic Industries Co. Ltd., ("TTI"), states that it has no affiliates as defined by Local Rule 3.2. TTI also states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: February 6, 2008          Respectfully submitted,

                                   /s/ Manish K. Mehta
                                   Gary M. Ropski
                                   Robert S. Mallin
                                   Manish K. Mehta
                                   BRINKS HOFER GILSON & LIONE
                                   455 N. Cityfront Plaza Drive, Suite 3600
                                   Chicago, IL  60611
                                   Tel:  312-321-4200
                                   Fax:  312-321-4299

                                   Attorneys for Defendants.

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing TECHTRONIC INDUSTRIES CO. LTD.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2 is being served on the 6th day of February 2008, to the following attorneys of record in the manner indicated.

      Via filing with the Clerk of the Court using the Case Management/Electronic Case Filing ("CM/ECF") system:

      Raymond P. Niro, Jr.
      Paul C. Gibbons
      Robert A. Conley
      Laura A. Kenneally
      NIRO SCAVONE, HALLER & NIRO
      181 West Madison, Suite 4600
      Chicago, Illinois 60602-4515
      Tel:  312-236-0733
      Fax:  312-236-3137

      Attorneys for Plaintiffs


      /s/ Manish K. Mehta
      Manish K. Mehta
      BRINKS HOFER GILSON & LIONE