UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROYAL APPLIANCE MFG. CO., d/b/a TTI FLOOR CARE NORTH AMERICA, and TECHTRONIC INDUSTRIES CO. LTD.,<br><br>        Defendants. | CASE NO.:   08-CV-590<br><br>Judge:   Blanche M. Manning<br>Magistrate Judge:   Arlander Keys |

**DEFENDANTS' UNOPPOSED AND AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to FED. R. CIV. P. 6(b), Defendants hereby move to extend the period of time to answer or otherwise plead in response to Plaintiffs' Complaint an additional 40 days, or until March 31, 2008. The Defendants were served on January 31, 2008 and the date to answer or otherwise plead is February 20, 2008. Defendants submit that the extension of time until March 31, 2008 is warranted to allow for an opportunity to investigate and to explore potential settlement between the parties. During a telephone conversation on February 4, 2008, Plaintiffs' counsel, Raymond P. Niro, Jr., agreed to the extension and advised that Plaintiffs do not oppose the Motion.

Pursuant to the Court's instructions, a proposed order is submitted via electronic mail to proposed_order_manning@ilnd.uscourts.gov.

Dated: February 6, 2008	Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Manish K. Mehta

　　　　　　　　　　　　　　　　　　Gary M. Ropski
　　　　　　　　　　　　　　　　　　Robert S. Mallin
　　　　　　　　　　　　　　　　　　Manish K. Mehta
　　　　　　　　　　　　　　　　　　BRINKS HOFER GILSON & LIONE
　　　　　　　　　　　　　　　　　　455 N. Cityfront Plaza Drive, Suite 3600
　　　　　　　　　　　　　　　　　　Chicago, IL  60611
　　　　　　　　　　　　　　　　　　Tel:  312-321-4200
　　　　　　　　　　　　　　　　　　Fax:  312-321-4299

　　　　　　　　　　　　　　　　　　Attorneys for Defendants.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing DEFENDANTS' UNOPPOSED AND AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT is being served on the 6th day of February 2008, to the following attorneys of record in the manner indicated.

Via filing with the Clerk of the Court using the Case Management/Electronic Case Filing ("CM/ECF") system:

> Raymond P. Niro, Jr.
> Paul C. Gibbons
> Robert A. Conley
> Laura A. Kenneally
> NIRO SCAVONE, HALLER & NIRO
> 181 West Madison, Suite 4600
> Chicago, Illinois 60602-4515
> Tel:  312-236-0733
> Fax:  312-236-3137
>
> Attorneys for Plaintiffs
>
>
> /s/ Manish K. Mehta
> Manish K. Mehta
> BRINKS HOFER GILSON & LIONE