UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>ROYAL APPLIANCE MFG. CO., d/b/a TTI FLOOR CARE NORTH AMERICA, and TECHTRONIC INDUSTRIES CO. LTD.,<br><br>      Defendants. | CASE NO.:   08-CV-590<br><br>Judge:   Blanche M. Manning<br>Magistrate Judge:   Arlander Keys |

### NOTICE OF UNOPPOSED AND AGREED MOTION

To:   Raymond P. Niro, Jr.
      Paul C. Gibbons
      Robert A. Conley
      Laura A. Kenneally
      NIRO SCAVONE, HALLER & NIRO
      181 West Madison, Suite 4600
      Chicago, Illinois 60602-4515
      Tel:  312-236-0733
      Fax:  312-236-3137

   PLEASE TAKE NOTICE THAT on Tuesday, February 12, 2008 at 11:00 am, or as soon thereafter as counsel may be heard, Defendants, through their counsel, shall appear before the Honorable Blanche M. Manning or any judge sitting in her stead, in Courtroom 2125 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, 60604, and there and then present Defendants' Unopposed and Agreed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint.

Dated:  February 6, 2008                    Respectfully submitted,

                                                            /s/ Manish K. Mehta

Gary M. Ropski
Robert S. Mallin
Manish K. Mehta
BRINKS HOFER GILSON & LIONE
455 Cityfront Plaza Drive, Suite 3600
Chicago, IL  60611
Tel:  312-321-4200
Fax:  312-321-4299

Attorneys for Defendants.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing NOTICE OF UNOPPOSED AND AGREED MOTION is being served on the 6th day of February 2008, to the following attorneys of record in the manner indicated.

Via filing with the Clerk of the Court using the Case Management/Electronic Case Filing ("CM/ECF") system:

    Raymond P. Niro, Jr.
    Paul C. Gibbons
    Robert A. Conley
    Laura A. Kenneally
    NIRO SCAVONE, HALLER & NIRO
    181 West Madison, Suite 4600
    Chicago, Illinois 60602-4515
    Tel:  312-236-0733
    Fax:  312-236-3137

    Attorneys for Plaintiffs


    /s/ Manish K. Mehta
    Manish K. Mehta
    BRINKS HOFER GILSON & LIONE