# Affidavit of Process Server

*Black & Decker Inc* vs *Royal Appliance d/b/a TTI Floor and Techtronic*
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I _____,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served *Royal Appliance Mfg Co.*
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒ *Summons, complaint for patent infringement, plaintiff's certification of interested parties & Local Rule 3.1 notice of claims involving patents*

by serving (NAME) *Susan Coker, Paralegal, who accepted service on behalf of Royal Appliance MFG Co. DBA TTI Floor Care North America*

at ☐ Home _____
☒ Business *7005 Cochran Rd., Glenwillow, OH 44139*
☒ on (DATE) *January 31, 2008* at (TIME) *1:45 pm*

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____.

## Manner of Service:
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely *Susan Coker, Paralegal*
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address     ☐ Evading                          ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ____ DATE TIME, ( ) ____ DATE TIME,
( ) ____ DATE TIME, ( ) ____ DATE TIME, ( ) ____ DATE TIME

**Description:**
☐ Male         ☒ White Skin   ☐ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female       ☐ Black Skin   ☐ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"     ☒ 100-130 Lbs.
               ☐ Yellow Skin  ☐ Blond Hair                   ☐ 36-50 Yrs.   ☐ 5'4"-5'8"     ☐ 131-160 Lbs.
               ☐ Brown Skin   ☐ Gray Hair     ☐ Mustache     ☐ 51-65 Yrs.   ☒ 5'9"-6'0"     ☐ 161-200 Lbs.
☐ Glasses      ☐ Red Skin     ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this 4th day of *February*, 2008

SERVED BY *Matt Delaney*
LASALLE PROCESS SERVERS

NOTARY PUBLIC

RICHARD D. PURSER, Notary Public
Residence - Medina County
State Wide Jurisdiction, Ohio
My Commission Expires 4/5/09

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.