## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Black & Decker Inc., et al.
                              Plaintiff,

v.                                                   Case No.: 1:08–cv–00590
                                                  Honorable Blanche M. Manning

Royal Appliance Mfg. Co., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: On defendants' motion to stay, [20], response to be filed by 5/1/2008. Reply to be filed by 5/15/2008. Ruling by mail. Status hearing set to 4/10/2008 is stricken. New dates will be set forth in the ruling on the motion to stay.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.