UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLACK & DECKER, INC. and BLACK & DECKER (U.S.), INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL APPLIANCE MFG. CO., d/b/a TTI FLOOR CARE NORTH AMERICA, and TECHTRONIC INDUSTRIES CO., LTD.,<br><br>Defendants. | Civil Action No. 1:08-cv-00590<br>Judge Manning<br>Magistrate Judge Keys |

**NOTICE OF MOTION**

To: Raymond P. Niro, Jr
Niro, Scavone, Haller & Niro
181 W. Madison Street – Suite 4600
Chicago, IL 60602-4515

PLEASE TAKE NOTICE THAT on Tuesday, April 22, 2008 at 11:00 am, or as soon thereafter as counsel may be heard, defendants Royal Appliance Mfg. Co. and Techtronic Industries Co. Ltd., though their counsel, shall appear before the Honorable Judge Blanche M. Manning or any judge sitting in her stead, in courtroom 2125 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604, and there and then present Royal Appliance Mfg. Co.'s and Techtronic Industries Co. Ltd.'s Motion to Extend the Time to Respond to Plaintiffs' Discovery Requests Pending the Outcome of Defendants' Motion to Stay.

Dated:  April 17, 2008

Respectfully submitted,

/s/ Manish K. Mehta

Gary M. Ropski
Robert S. Mallin
Manish K. Mehta
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plaza Drive, Suite 3600
Chicago, IL  60611
Tel:  312-321-4200
Fax:  312-321-4299
Attorneys for Defendants,
ROYAL APPLIANCE MFG. CO and
TECHTRONIC INDUSTRIES CO., LTD.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing NOTICE OF MOTION is being served on the 17th day of April 2008, to the following attorney of record in the manner indicated.

Via filing with the Clerk of Court using the Case Management/electronic Case Filing ("CM/ECF") system:

>Raymond P. Niro, Jr.
>
>Niro, Scavone, Haller & Niro
>181 W. Madison Street – Suite 4600
>Chicago, IL    60602-4515
>
>Attorney for Plaintiffs, Black & Decker Inc. and Black & Decker (U.S.) Inc.
>
>/s/ Manish K. Mehta
>BRINKS HOFER GILSON & LIONE