U.S.P.S. EXPRESS MAIL "POST OFFICE TO ADDRESSEE" SERVICE
DEPOSIT INFORMATION

Express Mail Label No.:EV 326037054 US
Date of Deposit: May 10, 2008

PTO/SB/57 (09-07)
Approved for use through 08/31/2010. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

(Also referred to as FORM PTO-1465)

# REQUEST FOR *EX PARTE* REEXAMINATION TRANSMITTAL FORM

Address to:
**Mail Stop *Ex Parte* Reexam
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450**

**Attorney Docket No.:** 11136-392

**Date:** May 10, 2008

1. [X] This is a request for *ex parte* reexamination pursuant to 37 CFR 1.510 of patent number 5,388,303
   issued 02/14/1995 . The request is made by:

   [ ] patent owner.          [X] third party requester.

2. [X] The name and address of the person requesting reexamination is:

   Robert S. Mallin, Brinks Hofer Gilson and Lione

   455 North Cityfront Plaza Drive, Suite 3600

   Chicago, Illinois  60611-5599

3. [ ]  a.  A check in the amount of $_____ is enclosed to cover the reexamination fee, 37 CFR 1.20(c)(1);

   [X]  b.  The Director is hereby authorized to charge the fee as set forth in 37 CFR 1.20(c)(1)
       to Deposit Account No. 23-1925 (submit duplicative copy for fee processing); or

   [ ]  c.  Payment by credit card. Form PTO-2038 is attached.

4. [X] Any refund should be made by [ ] check or [X] credit to Deposit Account No. 23-1925 .
   37 CFR 1.26(c). If payment is made by credit card, refund must be to credit card account.

5. [X] A copy of the patent to be reexamined having a double column format on one side of a separate paper is
   enclosed. 37 CFR 1.510(b)(4)

6. [ ] CD-ROM or CD-R in duplicate, Computer Program (Appendix) or large table
       [ ] Landscape Table on CD

7. [ ] Nucleotide and/or Amino Acid Sequence Submission
       *If applicable, items a. – c. are required.*

   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:

       i. [ ] CD-ROM (2 copies) or CD-R (2 copies); **or**
       ii. [ ] paper

   c. [ ] Statements verifying identity of above copies

8. [ ] A copy of any disclaimer, certificate of correction or reexamination certificate issued in the patent is included.

9. [X] Reexamination of claim(s) 1-13 is requested.

10. [X] A copy of every patent or printed publication relied upon is submitted herewith including a listing thereof on
    Form PTO/SB/08, PTO-1449, or equivalent.

11. [X] An English language translation of all necessary and pertinent non-English language patents and/or printed
    publications is included.

[Page 1 of 2]

This collection of information is required by 37 CFR 1.510. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop *Ex Parte* Reexam, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/57 (09-07)
Approved for use through 08/31/2010. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

12. [X] The attached detailed request includes at least the following items:

  a. A statement identifying each substantial new question of patentability based on prior patents and printed publications. 37 CFR 1.510(b)(1)
  b. An identification of every claim for which reexamination is requested, and a detailed explanation of the pertinency and manner of applying the cited art to every claim for which reexamination is requested. 37 CFR 1.510(b)(2)

13. [ ] A proposed amendment is included (only where the patent owner is the requester). 37 CFR 1.510(e)

14. [X] a. It is certified that a copy of this request (if filed by other than the patent owner) has been served in its entirety on the patent owner as provided in 37 CFR 1.33(c).
  The name and address of the party served and the date of service are:

(1) Barry E. Deutsch, Esq.          (2) Black & Decker, Inc.
Black & Decker (U.S.) Inc.              Attn: Intellectual Property Department

6 Armstrong Road-4                  701 E. Joppa Road

Shelton, CT 06484                   Towson, MD 21204

Date of Service: May 10, 2008 _____ ; or

  [ ] b. A duplicate copy is enclosed since service on patent owner was not possible.

15. Correspondence Address: Direct all communication about the reexamination to:

[X] The address associated with Customer Number: | Customer No. 00757

**OR**

[ ] Firm or
Individual Name

Address

| City | State | Zip |
|---|---|---|

| Country | | |

| Telephone | Email |
|---|---|

16. [X] The patent is currently the subject of the following concurrent proceeding(s):
  [ ] a.  Copending reissue Application No. _____
  [ ] b.  Copending reexamination Control No. _____
  [ ] c.  Copending Interference No. _____
  [X] d.  Copending litigation styled:
      Black & Decker, Inc., and Black & Decker (U.S.), Inc. v.
      Royal Appliance Mfg. Co., d/b/a TTi Floor Care North America and
      Techtronic Industries Co., Ltd.
      Northern District of Illinois
      Case No. 1:08-cv-00590

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Robert Mallin / mkm _____     5/10/08
Authorized Signature                     Date

Robert S. Mallin                         35,596       [ ] For Patent Owner Requester
Typed/Printed Name                       Registration No.   [X] For Third Party Requester