| FORM PTO-1449 | | | PATENT NO.<br>5,388,303 | CASE NO.<br>11136-392 |
|---|---|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT | | | GRANT DATE<br>February 14, 1995 | GROUP ART UNIT<br>2402 |
| (use several sheets if necessary) | | APPLICANT(S):   Hemmann *et al.* | | CONFIRMATION NO.<br>5385 |

**REFERENCE DESIGNATION**          **U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER<br>Number-Kind Code<br>(if known) | DATE | NAME | CLASS/ SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| | A1 | 1,944,950 | 01/30/1934 | Riebel | | |
| | A2 | 2,210,950 | 08/13/1940 | Replogle | | |
| | A3 | 2,898,622 | 08/11/1959 | Hurd | | |
| | A4 | 3,246,359 | 04/19/1966 | Griffiths | | |
| | A5 | 3,599,273 | 08/17/1971 | Shirayanagi *et al.* | | |
| | A6 | 4,171,553 | 10/23/1979 | Stein | | |
| | A7 | 4,538,322 | 09/03/1985 | Ahlf *et al.* | | |
| | A8 | 4,541,142 | 11/17/1985 | Pudwill | | |
| | A9 | 4,644,605 | 02/24/1987 | Joss *et al.* | | |
| | A10 | 4,660,246 | 04/28/1987 | Duncan *et al.* | | |
| | A11 | 4,686,736 | 08/18/1987 | Petralia *et al.* | | |
| | A12 | 4,776,059 | 10/11/1988 | Wörwag | | |
| | A13 | 4,841,594 | 06/27/1989 | Elson *et al.* | | |
| | A14 | 4,910,828 | 03/27/1990 | Blase *et al.* | | |
| | A15 | 4,942,641 | 07/24/1990 | Gerke Jr. *et al.* | | |
| | A16 | 4,947,512 | 08/14/1990 | Lackner *et al.* | | |
| | A17 | 4,955,106 | 09/11/1990 | Stein *et al.* | | |
| | A18 | 4,959,885 | 10/02/1990 | Sovis *et al.* | | |
| | A19 | 5,014,385 | 05/14/1991 | Bradd *et al.* | | |
| | A20 | 5,142,731 | 09/01/1992 | Resch | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.