## Mallin, Robert

| | |
|---|---|
| **From:** | Mallin, Robert |
| **Sent:** | Tuesday, April 29, 2008 4:54 PM |
| **To:** | Niro, Raymond P Jr |
| **Cc:** | Schumaker, Joan; Mehta, Manish; Swierk, Susan L |
| **Subject:** | FW: B&D v. Royal |
| **Attachments:** | stay stip.doc |

Dear Raymond

Attached is a marked up version of the stipulation.  Please let me know if this is acceptable.

Thanks
Robert


Robert S. Mallin
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plaza Drive
NBC Tower - Suite 3600
Chicago, IL 60611
Ph.: 312-321-4221
Fx.: 312-321-4299
E-Mail: rmallin@usebrinks.com
Web Site: www.usebrinks.com
**USEBRINKS** sm
Intellectual Property Law Worldwide

(Please Note: This message is intended for the individual or entity named above and may constitute a privileged and confidential communication.  If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system.)


**From:** Swierk, Susan L [mailto:swierk@nshn.com]
**Sent:** Monday, April 28, 2008 12:55 PM
**To:** Mallin, Robert
**Subject:** B&D v. Royal

Robert –

Attached is a draft stipulation.  Please let us know if you have any comments/changes.  If it is acceptable, please confirm that we may sign on your behalf and we will taking care of filing.  Thanks,

Raymond

**Sent on Behalf of Raymond P. Niro, Jr.**

5/12/2008

by Susan Swierk, legal assistant
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

5/12/2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLACK & DECKER INC. and BLACK & DECKER (U.S.) INC.,<br><br>               Plaintiffs,<br><br>    v.<br><br>ROYAL APPLIANCE MFG. CO., d/b/a TTI FLOOR CARE NORTH AMERICA, and TECHTRONIC INDUSTRIES CO. LTD.,<br><br>               Defendants. | Civil Action No. 08 cv 590<br><br>Judge Manning<br>Magistrate Judge Keys |

## STIPULATION FOR STAY OF PROCEEDINGS
## PENDING OUTCOME OF REEXAMINATION

The parties have agreed to a stay of this litigation pending the outcome of the PTO's reexamination of Black & Decker's patent in suit, U.S. Patent No. 5,388,303, based upon the following:

1.      Defendants will file the '303 reexamination request with the PTO no later than May 10, 2008.

2.      Within thirty days of entry of the agreed upon stay, Defendants will identify to Black & Decker all prior art based on printed publications which forms the basis of Defendants' present invalidity contentions pursuant to 35 U.S.C. § 102 and § 103. The parties recognize that additional prior art may be analyzed or uncovered in the future by Defendants, but this disclosure by Defendants will comport with the prior art that would have been identified in response to the portion of Black & Decker's Interrogatory No. 1.b. seeking the basis for Defendants' present § 102 and § 103 invalidity contentions based on printed publications. The parties recognize and

**Deleted:** first set of discovery requests

agree that this stipulation will in no way prevent Defendants from relying upon any prior art to

support any invalidity contention or any other defense or claim during this litigation should the

patent in suit emerge from the reexamination proceeding.

> **Deleted:**
>
> **Deleted:** or that would be identified under 35 U.S.C. § 282 if the litigation were currently at that stage of proceedings.

3.    The parties will file a joint report with the Court every six months from the date

of entry of the agreed upon stay regarding the status of the reexamination proceedings.

Respectfully submitted,

Raymond P. Niro, Jr.
Paul C. Gibbons
Robert A. Conley
Laura A. Kenneally
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: (312) 236 0733
Fax: (312) 236 3137
rnirojr@nshn.com; gibbons@nshn.com
conley@nshn.com; lkenneally@nshn.com

Attorneys for Black & Decker Inc. and Black
& Decker (U.S.) Inc.

Gary M. Ropski
Robert S. Mallin
Manish K. Mehta
BRINKS, HOFER, GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
Phone: (312) 321-4200
Fax: (312) 321-4299
gropski@usebrinks.com
rmallin@usebrinks.com
mmehta@usebrinks.com

Attorneys for Royal Appliance Mfg. Co., d/b/a
TTI Floor Care North America, and Techtronic
Industries Co. Ltd.

2