## Mallin, Robert

**From:** Niro, Raymond P Jr [rnirojr@nshn.com]
**Sent:** Thursday, May 01, 2008 11:40 AM
**To:** Mallin, Robert
**Cc:** Schumaker, Joan; Mehta, Manish; Swierk, Susan L
**Subject:** RE: B&D v. Royal

Robert,

I reviewed again your draft stipulation and disagree with your assessment. Why not simply provide us with the prior art, without all of the equivocation and qualifications, particularly the last sentence that you added to the stipulation. Unfortunately, it seems that we do not have a choice but to file a response at this point, unless you will reconsider our proposed version.

Raymond

**From:** Mallin, Robert [mailto:rmallin@brinkshofer.com]
**Sent:** Thursday, May 01, 2008 11:08 AM
**To:** Niro, Raymond P Jr
**Cc:** Schumaker, Joan; Mehta, Manish; Swierk, Susan L
**Subject:** RE: B&D v. Royal

Dear Raymond

That is fine. However, I am not sure that I understand your comment about the changes creating an incentive NOT to turn over prior art. In fact, it is just the opposite. The revised proposal makes clear that we would be identifying all printed publication prior art (which is the only type of prior art we can submit in the request for reexamination) that would be responsive to the interrogatory about our present invalidity contentions. From our conversations, I thought that was the information you sought.

Robert


Robert S. Mallin
Intellectual Property Attorney
**Brinks Hofer Gilson & Lione**
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
312.321.4221 - Direct
312.321.4299 - Fax
rmallin@usebrinks.com
www.usebrinks.com

|**Please Note:** This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use, or disclose this message. Please notify the sender by replying to this message, and then delete the message from your system. Thank you.|


**From:** Niro, Raymond P Jr [mailto:rnirojr@nshn.com]
**Sent:** Thursday, May 01, 2008 10:15 AM

5/12/2008

**To:** Mallin, Robert
**Cc:** Schumaker, Joan; Mehta, Manish; Swierk, Susan L
**Subject:** RE: B&D v. Royal

Robert,

Thank you for the email. Unfortunately, your revisions to the proposed stipulation are not acceptable to B&D. We had suggested a basic stipulation for the disclosure of prior art, but your changes seem to provide Royal with an incentive NOT to turn over all prior art.

Therefore, our client feels it is better to simply file a response brief with our position. Thanks,

Raymond

---

**From:** Mallin, Robert [mailto:rmallin@brinkshofer.com]
**Sent:** Tuesday, April 29, 2008 4:54 PM
**To:** Niro, Raymond P Jr
**Cc:** Schumaker, Joan; Mehta, Manish; Swierk, Susan L
**Subject:** FW: B&D v. Royal

Dear Raymond

Attached is a marked up version of the stipulation. Please let me know if this is acceptable.

Thanks
Robert



Robert S. Mallin
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plaza Drive
NBC Tower – Suite 3600
Chicago, IL 60611
Ph.: 312-321-4221
Fx.: 312-321-4299
E-Mail: rmallin@usebrinks.com
Web Site: www.usebrinks.com

**USEBRINKS** sm

Intellectual Property Law Worldwide

(Please Note: This message is intended for the individual or entity named above and may constitute a privileged and confidential communication. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also, please notify the sender by replying to this message, and then delete it from your system.)


**From:** Swierk, Susan L [mailto:swierk@nshn.com]
**Sent:** Monday, April 28, 2008 12:55 PM
**To:** Mallin, Robert
**Subject:** B&D v. Royal

Robert –

5/12/2008

Attached is a draft stipulation.  Please let us know if you have any comments/changes.  If it is acceptable, please confirm that we may sign on your behalf and we will taking care of filing.  Thanks,

Raymond

**Sent on Behalf of Raymond P. Niro, Jr.**
by Susan Swierk, legal assistant
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax:  (312) 236-3137

5/12/2008